MICHAEL F. CHAZKEL v. LUMBERMENS MUTUAL
CASUALTY COMPANY.

April 7, 1981.

Petition for certification denied.

ANNE M. EIBLE v. RALPH LEV.

November 2, 1981.

ORDERED that the petition for certification is granted and
the judgment of the Superior Court, Appellate Division is sum-
marily modified and the matter is remanded to the Superior
Court, Law Division, Middlesex County for a new trial. See
*Buckelew v. Grossbard,* 87 *N.J.* 512 (1981).

STATE OF NEW JERSEY v. ROBERT P. FOX.

December 1, 1981.

Leave to appeal is granted, and the judgment of the Superior
Court, Law Division is summarily reversed and the matter is
remanded to the trial court to permit Daniel D. Hyman, Esq., to
withdraw as counsel; and it is further ORDERED that the
Public Defender for the State of New Jersey is appointed as
counsel of record; and it is further ORDERED that the motion
for a stay of trial is denied without prejudice to an application
for an adjournment to the trial court.